USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN PFEIFFER,

             Plaintiff,

    -against-

HYALITE BUILDERS, LLC, and MATTHEW
SOLEAU, individually,

             Defendants.

**Docket No.:**
**7:25-cv-04413-NSR**

**JUDGMENT ORDER**

**WHEREAS**, on February 5, 2026, Defendants HYALITE BUILDERS, LLC, and MATTHEW SOLEAU, individually, (together as "Defendants"), offered Plaintiff STEVEN PFEIFFER ( as "Plaintiffs") to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of pre-judgment interest, attorneys' fees, and costs; and

**WHEREAS**, on February 9, 2026, Plaintiffs filed a Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00).

SO ORDERED, on the 12 day of February, 2026, White Plains, New York:

_____
The Honorable NELSON S. ROMÁN, U.S.D.J.